ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

STEVE H. EZZARD, )
)
    Plaintiff, )
)
v. ) CV 314-141
)
DR. AJIBADE and )
WARDEN BRAD HOOKS, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's request for mandamus relief. (Doc. no. 27.) As Plaintiff is not entitled to mandamus relief, the Court also **DENIES** the motion for entry of default premised on a failure to respond to the mandamus request. (Doc. no. 37.)

SO ORDERED this 2nd day of March, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE