IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

STEVE HUGH EZZARD,

    Plaintiff,

v.     CV 314-141

DR. AJIBADE and
BRAD HOOKS, Warden,

    Defendants.

## O R D E R

On June 11, 2015, the Court ordered Defendants to show cause in writing within fourteen days for their failure to waive service in this case. (Doc. no. 50.) Citing Federal Rule of Civil Procedure 4(d)(2), the Order stated that, "[a]bsent good cause, the Court may require service by the Marshals and impose the costs of service on each Defendant." (Id.) Defendants have not responded. Pursuant to Rule 4, and consistent with the June 11 Order,

**IT IS HEREBY ORDERED** that the United States Marshal shall serve each Defendant. The Defendants shall bear the costs of service.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy hereof to the Honorable Sam Olens, Attorney General of

Georgia, to his personal attention.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE