ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG 27 PM 4:54
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| STEVE HUGH EZZARD, | |
| Plaintiff, | |
| v. | CV 314-141 |
| DR. CALEB AJIBADE and WARDEN BRAD HOOKS, | |
| Defendants. | |

## ORDER

By Order of June 11, 2015, Defendants in the captioned matter were ordered to show cause in writing within 14 days for their failure to waive service under Federal Rule of Civil Procedure 4(d). The June 11th Order was served upon Defendants by United States Mail at the Johnson State Prison. Defendants did not file anything in response to this Order.

On June 29, 2015, this Court directed that service be effected upon Defendants by the United States Marshal. Service was effected on July 16, 2015. (Doc. Nos. 54 & 55.) The cost of service was $154.13 for each Defendant. (See id.)

Pursuant to Federal Rule of Civil Procedure 4(d)(2)(A) and in accordance with this Court's admonition to Defendants in its June 11th Order, Defendants are **ORDERED** to pay into the Registry of the Court the total amount of $308.26. Upon

receipt, the Clerk shall reimburse the United States Marshals Service for the cost of service.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of August, 2015.

                                                                                        /s/ Dudley H. Bowen, Jr.
UNITED STATES DISTRICT JUDGE

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>STEVE HUGH EZZARD | COURT CASE NUMBER<br>CV314-141 |
|---|---|
| DEFENDANT<br>DR. AJIBADE | TYPE OF PROCESS<br>ORDER *Compl.* |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. AJIBADE, JOHNSON STATE PRISON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
290 DONOVAN-HARRIS ROAD, P.O. BOX 344, WRIGHTSVILLE, GA 31096

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Steve Hugh Ezzard #43523 and Clerk, U.S. District Court<br>Johnson State Prison   Southern District of Georgia<br>PO Box 344    P.O. Box 1130<br>Wrightsville, GA 31096  Augusta, GA 30903 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*Service directed by Court Order

[Stamp: 2015 JUL -6 SAVANNAH RECEIVED]

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>706-849-4400 | DATE<br>6/30/2015 |
|---|---|---|---|
| Scott L. Poff, Clerk | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 21 | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>7/6/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) Health Service Administrator ☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Johnson State Prison Medical Manager Deann Morris

Address (complete only different than shown above)
| Date<br>07/16/15 | Time<br>0945 | ☒ am<br>☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee<br>65.00 | Total Mileage Charges including endeavors)<br>89.13<br>155 miles | Forwarding Fee<br>— | Total Charges<br>154.13 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$154.13 |
|---|---|---|---|---|---|

REMARKS: Dr. AJIBADE has retired from Johnson State Prison

[Stamp: FILED U.S. DIST. COURT SAVANNAH DIV. JUL 2 2015 CLERK SO. DIST. OF GA]

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>STEVE HUGH EZZARD | COURT CASE NUMBER<br>CV314-141 |
|---|---|
| DEFENDANT<br>BRAD HOOKS, WARDEN | TYPE OF PROCESS<br>ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BRAD HOOKS, WARDEN, JOHNSON STATE PRISON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
290 DONOVAN-HARRIS ROAD, P.O. BOX 344, WRIGHTSVILLE, GA 31096

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steve Hugh Ezzard #43523    and    Clerk, U.S. District Court
Johnson State Prison                      Southern District of Georgia
PO Box 344                                       P.O. Box 1130
Wrightsville, GA 31096                   Augusta, GA 30903

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

*Service directed by Court Order

| Signature of Attorney other Originator requesting service on behalf of:<br>Scott L. Poff, Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>706-849-4400 | DATE<br>6/30/2015 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>3 | District of Origin<br>No. 21 | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>7/... |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)

| Date<br>07/16/15 | Time<br>0945 | ☒ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>65.00 | Total Mileage Charges including endeavors)<br>89.13<br>155 miles | Forwarding Fee<br>— | Total Charges<br>154.13 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$154.13 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

FILED U.S. DISTRICT COURT SAVANNAH DIV. JUL 22 2015 CLERK SO. DIST. OF GA