# United States District Court
## Southern District of Georgia

STEVE H. EZZARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV314-141

DR. CALEB AJIBADE and WARDEN BRAD HOOKS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 9, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendants' motion to dismiss is GRANTED. Judgment is hereby ENTERED in favor of Defendants Hooks and Ajibade, and this case stands CLOSED.

November 9, 2015
Date



Scott L. Poff
Clerk

(By) Deputy Clerk