ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

2015 DEC 11 A 9:56

J Burton

| | | |
|---|---|---|
| STEVE HUGH EZZARD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 314-141 |
| | * | |
| DR. CALEB AJIBADE and | * | |
| WARDEN BRAD HOOKS, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

On November 30, 2015, Plaintiff filed a "Motion for Clerk of Court to Voluntarily Dismiss Notice of Appeal," referring to the "Notice of Appeal" he filed on February 1, 2015. Because the resulting appellate case was dismissed by the Eleventh Circuit Court of Appeals on March 13, 2015, for failure to prosecute (see doc. no. 44), Plaintiff's present motion (doc. no. 86) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of December, 2015.

UNITED STATES DISTRICT JUDGE